Norvell A. **MEGGINSON, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 49141.**

Missouri Court of Appeals,
Western District.

Dec. 13, 1994.

Gary E. Brotherton, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Becky Owenson Kilpatrick, Asst. Atty. Gen., Jefferson City, for respondent.

Before ULRICH, P.J., and KENNEDY and BERREY, JJ.

*ORDER*

PER CURIAM:

Appeal from denial of Rule 24.035 motion for post-conviction relief after an evidentiary hearing.

Judgment affirmed. Rule 84.16(b).

**In re the Marriage of Marilyn (Cobb) WRICE, Respondent,**

v.

**Carter L. WRICE, Appellant.**

**No. WD 49045.**

Missouri Court of Appeals,
Western District.

Dec. 13, 1994.

Kathy Matthews, Kansas City, for appellant.

Lynise Ratliff–Connor, Kansas City, for respondent.

Before ULRICH, P.J., and KENNEDY and BERREY, JJ.

*ORDER*

PER CURIAM.

Appeal from decree of dissolution of marriage.

Affirmed. Rule 84.16(b).